IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

      v.                                                           21-mj-00119

CHRISTOPHER ROBBINS,

               Defendant.

_____

## NOTICE OF MOTION AND MOTION

THE UNITED STATES OF AMERICA, by and through its attorney, TRINI E. ROSS, United States Attorney for the Western District of New York, David J. Rudroff, Assistant United States Attorney, hereby moves the Court for an extension of the Rule 48(b) dismissal currently set for February 18, 2022, for the reasons set forth in the accompanying affidavit.

    DATED: Buffalo, New York, February 16, 2022.

                                                   TRINI E. ROSS
                                                   United States Attorney

                            BY:    s/ DAVID J. RUDROFF
                                     Assistant United States Attorney
                                     United States Attorney's Office
                                     Western District of New York
                                     138 Delaware Avenue
                                     Buffalo, New York 14202
                                     716/843-5806
                                     David.Rudroff@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      v.                                         21-mj-00119

CHRISTOPHER ROBBINS,

              Defendant.

## AFFIDAVIT

STATE OF NEW YORK  )
COUNTY OF ERIE       )   SS:
CITY OF BUFFALO    )

      **DAVID J. RUDROFF,** being duly sworn, deposes and states:

      1.      I am an Assistant United States Attorney for the Western District of New York and assigned to my office's file regarding this action. I offer this affidavit in support of the government's motion for an extension of the Rule 48(b) dismissal date currently set for February 18, 2022.

      2.      On September 10, 2021, the government charged the defendant by complaint with violating 18 U.S.C. § 2252A(a)(5)(B). The defendant appeared before this Court for an initial appearance on September 14, 2021. The defendant was released on conditions.

3.      Due to ongoing plea negotiations and the defendant's need to review provided discovery, the Court set and extended a Rule 48(b) dismissal date on the defendant's motion. Dkts. 5, 7, 9.

4.      The parties have now agreed on a pre-indictment plea resolution that is beneficial to both the defendant and the government. The defendant is currently scheduled to waive indictment and plead guilty to an information before Hon. John L. Sinatra on March 25, 2022.

5.      The government therefore requests that the Court adjourn the Rule 48(b) date an additional 60 days, which will allow the defendant to appear before Judge Sinatra and enter the plea. I have discussed this request with defense counsel, who advised that the defendant does not object to the request.

6.      Since the parties have agreed to a mutually beneficial pre-indictment resolution, speedy trial time should be excluded from and including February 18, 2022, through and including the reset Rule 48(b) dismissal date. The public's interest in conserving resources by avoiding the unnecessary use of the grand jury and the time and expense of both a trial and a likely appeal, combined with the certainty of conviction that will be obtained through the agreed-upon guilty plea, outweigh the public's interests in a speedy trial. Furthermore, the defendant's interest in obtaining the benefit of the plea agreement which involves a more favorable crime of conviction and, potentially, a lesser sentence than would follow trial outweigh the interests of the defendant in a speedy trial. Based on the foregoing, the exclusion

of time in this matter is in the interest of justice and not contrary to the interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

WHEREFORE, the government respectfully requests that the Rule 48(b) dismissal date be adjourned an additional 60 days, and that the time from and including February 18, 2022, through and including the reset Rule 48(b) dismissal date, be excluded from the Speedy Trial Act calendar.

s/ DAVID J. RUDROFF
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716/843-5806
David.Rudroff@usdoj.gov

Subscribed and sworn to before me

this 16th of February, 2022.

s/ JENNIFER L. ATKINS
COMMISSIONER OF DEEDS
In and for the City of Buffalo, New York.
My Commission Expires Dec. 31, 2022.